■ HARLEYSVILLE WORCESTER INSURANCE COMPANY, as Assignee/Subrogee of Fisher Development & General Contracting, Inc., Appellant, v COUNTY OF ERIE, Respondent. [53 NYS3d 853]—Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered January 8, 2016. The order, among other things, granted defendant's motion for summary judgment and dismissed plaintiff's complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 6, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Carni, J.P., NeMoyer, Curran and Troutman, JJ.